## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

_____ **Division**

**In re**                                                    **Case No.**

                                    **Debtor(s)**            **Chapter**


                                    **Plaintiff(s)**         **AP No.** *[If applicable]*

**v.**


                                    **Defendant(s)**



## ORDER STRIKING PLEADING

A _____, having been filed by
_____, on _____, and proponent
having failed to timely cure the deficiencies as set forth in the



it is, therefore

       **ORDERED** that the above pleading(s) is/are stricken from the record in the above-referenced
case or adversary proceeding.

                                    WILLIAM C. REDDEN
                                    Clerk of Court

Date: _____        By_____
                                         Deputy Clerk


                                    NOTICE OF JUDGMENT OR ORDER
                                    ENTERED ON DOCKET _____


[ostrkpldg ver. 12/09]